United States District Court
Southern District of Texas
**ENTERED**
July 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:18-CR-585 |
| § | |
| ISAIAH HARRY WYNN JR § | |

## ORDER

Defendant Isaiah Harry Wynn Jr is currently set for trial to begin July 22, 2019. Counsel for Defendant has notified the Court of his intent to enter a plea on August 9, 2019 at 10:30 a.m. The Court therefore **GRANTS** a continuance and further finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is further **ORDERED** that this case is set for Jury Selection and Trial on August 19, 2019 at 9:00 a.m.

SIGNED this 12th day of July, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE